IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00311-RPM-MJW

WELLS FARGO INSURANCE SERVICES MOUNTAIN WEST, INC.,
    a Colorado corporation,

Plaintiff,

v.

GENWORTH LIFE AND HEALTH INSURANCE COMPANY,
    a Connecticut corporation,

Defendant.

---

**ORDER RE: UNOPPOSED MOTION FOR LEAVE TO FILE
SECOND AMENDED COMPLAINT AND JURY DEMAND**

---

THIS MATTER comes before the Court on Plaintiff's Unopposed Motion for Leave to File Second Amended Complaint and Jury Demand.

THE COURT, having reviewed the Motion and being fully advised in the premises,

HEREBY ORDERS:

1. That Plaintiff's Motion is GRANTED; and

2. Plaintiff's Second Amended Complaint and Jury Demand is deemed filed as of the date of this Order.

DATED: September 11th, 2007.

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch
Senior United States District Court Judge