IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00311-RPM

WELLS FARGO INSURANCE SERVICES MOUNTAIN WEST, INC.,

    Plaintiff,

v.

GENWORTH LIFE AND HEALTH INSURANCE COMPANY,

    Defendant.

---

ORDER SETTING SCHEDULING CONFERENCE

---

    Pursuant to D.C.COLO.LCivR 16, it is

    ORDERED that a scheduling conference will be held on **November 1, 2007, at 10:30 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges frame.htm** (Judge Richard P. Matsch Procedures) and use the format provided with those instructions.  The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on October 25, 2007.**

    The conference is conducted with counsel only and no parties or representatives of parties will be permitted to attend.

    Dated:  September 11th, 2007

                                     BY THE COURT:

                                     s/Richard P. Matsch
                                     _____
                                     Richard P. Matsch, Senior District Judge