IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00311-RPM

WELLS FARGO INSURANCE SERVICES MOUNTAIN WEST, INC.,

    Plaintiff,

v.

GENWORTH LIFE AND HEALTH INSURANCE COMPANY,

    Defendant.

**Minute Order Entered by Senior Judge Richard P. Matsch:**

s/M.V. Wentz
 Secretary

    Defendant's Unopposed Motion to Vacate and Reset Scheduling Conference [11] is granted.  The conference is rescheduled for **November 13, 2007, at 10:00 a.m.**

DATED: September 14, 2007