IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00311-RPM

WELLS FARGO INSURANCE SERVICES MOUNTAIN WEST, INC.,
a Colorado corporation,

    Plaintiff,

v.

GENWORTH LIFE AND HEALTH INSURANCE COMPANY,
A Connecticut corporation,

    Defendant.

---

ORDER DEEMING MOTION TO DISMISS AS MOTION FOR SUMMARY JUDGMENT

---

On October 10, 2007, the defendant filed a motion to dismiss plaintiff's second amended complaint. Exhibits are attached to the motion which was filed under Fed.R.Civ.P.12(b)(6), the defendant asserting that the attachments are matters necessarily included within the allegations of the second amended complaint. To avoid any procedural confusions, the Court has elected to consider the motion to dismiss as a motion for summary judgment under Fed.R.Civ.P.56. Accordingly it is

ORDERED that the motion to dismiss is deemed a motion for summary judgment and the plaintiff will respond accordingly.

Dated: October 11th, 2007

                                  BY THE COURT:

                                  s/ Richard P. Matsch
                                  _____
                                  Richard P. Matsch, Senior District Judge