IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00311-RPM

WELLS FARGO INSURANCE SERVICES MOUNTAIN WEST, INC.,
a Colorado corporation,

    Plaintiff,

v.

GENWORTH LIFE AND HEALTH INSURANCE COMPANY,
A Connecticut corporation,

    Defendant.

---

ORDER SETTING HEARING ON DEFENDANT'S MOTION FOR SUMMARY
JUDGMENT, SHORTENING TIME FOR REPLY BRIEF AND VACATING
SCHEDULING CONFERENCE

---

On September 11, 2007, an order entered setting a scheduling conference for November 1, 2007, which was reset for November 13, 2007, at 10:00 a.m. by order of September 14, 2007. On October 10, 2007, the defendant filed a motion to dismiss the plaintiff's second amended complaint and by order of October 11, 2007, that motion was deemed a motion for summary judgment under Fed.R.Civ.P. 56. On October 30, 2007, the plaintiff filed a response to the defendant's motion for summary judgment and a motion to extend time to file affidavits in support of factual assertions made. This Court has granted that motion and extended the time to November 6, 2007. Having concluded that the scheduling conference is now inappropriate because of the pending motion and that the time set for it can be utilized for oral argument on the motion for summary judgment, it is

ORDERED that the order for scheduling conference is vacated and it is

FURTHER ORDERED that the defendant may filed a response brief, if any, on or before November 8, 2007, and it is

FURTHER ORDERED that the defendant's motion for summary judgment will be heard on November 13, 2007, at 10:00 a.m. in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.

Dated: October 31st, 2007

BY THE COURT:

Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge