IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 07-cv-00311-RPM-MJW

WELLS FARGO INSURANCE SERVICES MOUNTAIN WEST, INC., a Colorado corporation,

    Plaintiff,

v.

GENWORTH LIFE AND HEALTH INSURANCE COMPANY, a Connecticut corporation,

    Defendant.

_____

**ORDER REGARDING STIPULATION
REGARDING EXHIBITS ATTACHED TO BRIEFS**
_____

    This matter comes before the Court on the Stipulation Regarding Exhibits Attached to Briefs filed by the parties. This Court accepts the Stipulation. All of the exhibits attached to the Defendant's Motion to Dismiss, the Plaintiff's Response to Defendant's Motion for Summary Judgment and Defendant's Reply in Support of Motion for Summary Judgment will be considered as authentic pursuant to Fed. R. Evid. 901 for purposes of consideration by this Court pursuant to Fed. R. Civ. P. 56 in resolving the Defendant's Motion for Summary Judgment.

    Dated this 9th day of November, 2007.

                                       By the Court:

                                       s/Richard P. Matsch

                                       _____
                                       Richard P. Matsch
                                       United States District Court Judge