## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

Date:             November 13, 2007
Courtroom Deputy: J. Chris Smith
FTR Technician:   Kathy Terasaki

_____

Civil Action No. 07-cv-00311-RPM

WELLS FARGO INSURANCE SERVICES MOUNTAIN WEST, INC.,     Kevin M. Shea

     Plaintiff,

v.

GENWORTH LIFE AND HEALTH INSURANCE COMPANY,     Andrew Ringel

     Defendant.

_____

### COURTROOM MINUTES
_____

**Motions Hearing**

**9:59 a.m.     Court in session.**

Plaintiff's client representative Patrick Pugh present.

Court's preliminary remarks and comments on pending motions.

**ORDERED:   Motion for Leave to File Third Amended Complaint and Jury Demand, filed November 5, 2007 [27], is granted.**

**ORDERED:   Defendant's Unopposed Motion to Clarify Stipulation Regarding Exhibits Attached to Briefs, filed November 12, 2007 [31], is granted.**

10:04 a.m.     Argument by Mr. Ringel.
10:14 a.m.     Argument by Mr. Shea.

Court's findings and conclusions stated on record.

**ORDERED:   Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint (deemed as a motion for summary judgment [19]), filed October 10, 2007 [18], is granted.**

**ORDERED:   Case is dismissed.**

**10:31 a.m.   Court in recess.**

Hearing concluded.  Total time: 32 min.